UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

| | |
|---|---|
| TOBY MCCLURE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 11-2922 |
| v. | ) |
| | ) |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through the undersigned counsel, hereby STIPULATE and agree that this action is DISMISSED with prejudice, with each party to bear its own costs.

Dated this 1st day of March, 2013.

STIPULATED:

s/ John E. Dunlap
John E. Dunlap, BPR 0013223

1684 Poplar Avenue
Memphis, TN 38104
(901) 726-6770
(901) 726-6771 (fax)

*Attorney for Plaintiff*


WOOLF, McCLANE, BRIGHT, ALLEN
& CARPENTER, PLLC

/s/ Tony R. Dalton
Tony R. Dalton, BPR #014812

900 S. Gay Street, Suite 900
P.O. Box 900
Knoxville, Tennessee 37901
(865) 215-1000
(865) 215-1001 (fax)

*Attorneys for Defendant*

783519.1

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

    This the 1st day of March, 2013.

                                                 /s/Tony R. Dalton
                                               Tony R. Dalton, BPR #014812