# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| TOBY MCCLURE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:11-cv-02922-JTF-cgc |
| v. ) | |
| ) | |
| UNUM LIFE INSURANCE COMPANY ) | |
| OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came to the consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Stipulated Dismissal with Prejudice filed on March 4, 2013, this matter is hereby dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**APPROVED:**

*/s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge

March 4, 2013                                                             /s/Thomas M. Gould
Date                                                                              Clerk of Court

                                                                                    /s/ Erica M. Evans
                                                                                    (By)  Law Clerk